21265. CENTRAL OF GEORGIA RAILWAY COMPANY *v.* BETSILL.

BELL, J. The present case is distinguished from *Peeples* v. *Louisville & Nashville R. Co.*, 37 *Ga. App.* 87 (139 S. E. 85), in that it appears from the instant petition that the decedent did exercise some care for his own safety; and under the facts alleged it can not be held as a matter of law that he was guilty of such negligence as to bar a recovery for his homicide. Under the rulings in *Southern Railway Co.* v. *Slaton*, 41 *Ga. App.* 759 (3) (154 S. E. 718), and the authorities there cited, the petition set forth a cause of action, and the court properly overruled the general demurrer. See also *Clements* v. *Central of Georgia Ry. Co.*,

220

41 *Ga. App.* 310 (152 S. E. 849) ; *Hadaway* v. *Southern Ry. Co.*, 41 *Ga. App.* 669 (154 S. E. 296) ; *Foster* v. *Southern Ry. Co.*, 42 *Ga. App.* 830 (157 S. E. 371).

*Judgment affirmed. Jenkins, P. J., and Stephens, J., concur.*

DECIDED OCTOBER 17, 1931.

*Cleveland, Goodrich & Cleveland, Mundy & Wright,* for plaintiff in error.

*O. J. Coogler, Hewlett & Dennis,* contra.

*Judgment affirmed. Jenkins, P. J., and Stephens, J., concur.*